IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )   CRIMINAL ACTION NO.
    v.                       )       1:15cr10-MHT
                             )           (WO)
ANTONIO HERNANDEZ-SANCHEZ    )
```

ORDER

It is ORDERED as follows:

(1) The motion to amend/correct indictment (doc. no. 14) is granted.

(2) The name of the defendant in the indictment is changed from "Antonio Sanchez Hernandez" to "Antonio Hernandez-Sanchez."

(3) If defendant has an objection to this change, he should note the objection within 14 days after his initial arraignment.  Otherwise, the court will assume that he has no objection.

DONE, this the 16th day of January, 2015.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE